# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1-1

| Case No.: | 16-73195-PMB | Trustee Name: | (300031) Kyle Cooper |
| --- | --- | --- | --- |
| Case Name: | HAMBY, DAVID LEE | Date Filed (f) or Converted (c): | 12/30/2016 (f) |
| | | § 341(a) Meeting Date: | 01/30/2017 |
| For Period Ending: | 12/31/2018 | Claims Bar Date: | 12/19/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=§554(a) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 2* | 1804 Gray Gables Way, Buford, GA 30519 (See Footnote) | 216,000.00 | 111,750.00 | | 39,807.59 | FA |
| 3 | 1985 Chev S1D 260,000 miles | 1,000.00 | 1,000.00 | | 0.00 | FA |
| 4 | Furnishings | 5,000.00 | 5,000.00 | | 0.00 | FA |
| 5 | Clothes | 1,500.00 | 1,500.00 | | 0.00 | FA |
| 6 | Cash | 50.00 | 50.00 | | 0.00 | FA |
| 7 | Checking account: BB&T | 75.00 | 75.00 | | 0.00 | FA |
| 8 | Trade Tools | 4,000.00 | 4,000.00 | | 0.00 | FA |
| 8 | Assets      Totals      (Excluding unknown values) | **$227,625.00** | **$123,375.00** | | **$39,807.59** | **$0.00** |

RE PROP# 2    Foreclosure proceeds

**Major Activities Affecting Case Closing:**

12/20/2018 - Reviewing POCs and title history.

9/20/2018 - Trustee requested bar date. Bar date pending, awaiting claim filing.

3/26/2018 - Case reopened and Trustee reappointed. Trustee seeking turnover of excess proceeds from foreclosure sale.

+-

| **Initial Projected Date Of Final Report (TFR):** | 12/31/2019 | **Current Projected Date Of Final Report (TFR):** | 12/31/2019 |
| --- | --- | --- | --- |
| 01/28/2019 | | /s/Kyle Cooper | |
| Date | | Kyle Cooper | |

**Form 2**

Page: 2-1

# Cash Receipts And Disbursements Record

| Case No.: | 16-73195-PMB | | Trustee Name: | Kyle Cooper (300031) |
|---|---|---|---|---|
| Case Name: | HAMBY, DAVID LEE | | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***0749 | | Account #: | ******3800 Checking |
| For Period Ending: | 12/31/2018 | | Blanket Bond (per case limit): | $30,390,000.00 |
| | | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/09/18 | {2} | Aldridge Pite, LLP | Foreclosure Excess Proceeds | 1110-000 | 39,807.59 | | 39,807.59 |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.35 | 39,773.24 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.50 | 39,742.74 |
| 10/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 35.93 | 39,706.81 |
| | | | **COLUMN TOTALS** | | 39,807.59 | 100.78 | $39,706.81 |
| | | | Less: Bank Transfers/CDs | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 39,807.59 | 100.78 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$39,807.59** | **$100.78** | |

{ } Asset Reference(s)  ! - transaction has not been cleared

**Form 2**

Page: 2-2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case No.:** | 16-73195-PMB |
| **Case Name:** | HAMBY, DAVID LEE |
| **Taxpayer ID #:** | **-***0749 |
| **For Period Ending:** | 12/31/2018 |

| | |
|---|---|
| **Trustee Name:** | Kyle Cooper (300031) |
| **Bank Name:** | Rabobank, N.A. |
| **Account #:** | ******3800 Checking |
| **Blanket Bond (per case limit):** | $30,390,000.00 |
| **Separate Bond (if applicable):** | N/A |

| | |
|---|---|
| Net Receipts: | $39,807.59 |
| Plus Gross Adjustments: | $0.00 |
| Less Payments to Debtor: | $0.00 |
| Less Other Noncompensable Items: | $0.00 |
| Net Estate: | $39,807.59 |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---|---|---|
| ******3800 Checking | $39,807.59 | $100.78 | $39,706.81 |
| | $39,807.59 | $100.78 | $39,706.81 |

| | |
|---|---|
| 01/28/2019 | /s/Kyle Cooper |
| **Date** | **Kyle Cooper** |